UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREUS MCGEE, an individual,

        Plaintiff,

vs.

Case Number 23-12378
Honorable David M. Lawson

TONY DEGIUSTI, individually, and
on his official capacity of the Chief of
Police of the Ypsilanti Police Department;

ANNIE SOMERVILLE, individually;

ANNETTE COPPOCK, individually;

BRIAN LEWANDOWSKI, individually,

NICOLE BROWN-MCGEE, individually, and

CITY OF YPSILANTI, a public body.

        Defendant.

| WILLIAM F. PIPER (P38636) | AUDREY J. FORBUSH (P41744) |
|---|---|
| William F. Piper, P.L.C. | Plunkett Cooney |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |
| 1611 West Centre Avenue, Suite 209 | Plaza One Financial Center |
| Portage, MI 49024 | 111 E. Court Street – Suite 1B |
| Phone: 269.321.5008 | Flint, MI 48502 |
| Fax: 269.321.5009 | (810) 342-7014/(810) 232-3159-FAX |
| Email: wpiper@wpiperlaw.com | aforbush@plunkettcooney.com |

## **DEMAND FOR TRIAL BY JURY**

The plaintiff Andreas McGee, by and through his attorney William F. Piper, PLC, hereby demands a trial by jury in the above-entitled matter.

Dated: February 7, 2024        WILLIAM F. PIPER, PLC.
                                            Attorney for Plaintiff

        By: /s/ William F. Piper
          William F. Piper (P38636)
      BUSINESS ADDRESS:
          1611 W. Centre Avenue, Suite 209
          Portage, MI 49024
          (269) 321-5008